# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**COURT MINUTES**

Dorian Page,

        Plaintiff,

v.

Polar Semiconductor LLC,

        Defendant.

BEFORE:  Dulce J. Foster
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-cv-2700 (KMM/DJF) |
| Date: | May 28, 2026 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | N/A |
| Recording: | Zoom Recording |
| Time Commenced: | 11:30 A.M. |
| Time Concluded: | 11:43 A.M. |
| Time in Court: | 13 Minutes |

**APPEARANCES:**

    Plaintiff:    Pro Se – Dorian Page
    Defendant:    Counsel  – Cody Humpherys

**PROCEEDINGS:** The parties presented oral argument regarding Plaintiff's *Motion for Leave to File Amended Complaint* (ECF No. 16) ("Motion").

Based on the Motion and supporting documents, and for the reasons stated on the record, the Court **GRANTED** the Motion (ECF No. 16).  Plaintiff must file his Amended Complaint on or before June 4, 2026.

☐ORDER TO BE ISSUED  ☒**NO ORDER TO BE ISSUED** ☐R&R TO BE ISSUED ☒**NO R&R TO BE ISSUED**
☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

Date: May 28, 2026

        /s *William Chorba*
        Law Clerk

1